UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
at ASHLAND

CIVIL ACTION NO. 11-81-DLB-EBA

SCOTT SPENCER, in his capacity as PLAN
ADMINISTRATOR FOR THE NATIONAL
RURAL ELECTRIC COOPERATIVE
ASSOCIATION BENEFITS PROGRAM                                                    PLAINTIFF

vs.                                                          ORDER

JOHN D. LITTLETON                                                               DEFENDANT

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Defendant's *pro se* Motion for Leave to File a Late Answer and Response to Plaintiff's Motion for Default Judgment (Doc. # 10), as well as Defendant's Motion to Vacate and Set Aside Default Judgment (Doc # 14).  Plaintiff filed a complaint on August 2, 2011, alleging that Defendant failed to reimburse the employee disability benefit plan administered by Plaintiff for disability benefits he received from Social Security Disability Income.  (Doc. # 1, ¶¶ 9-26).  This failure violated an "offset" provision of the benefit plan.  (*Id.*).  Defendant was served with a summons and copy of the complaint on October 8, 2011 (Doc. # 81), but failed to file an answer within twenty-one (21) days as required by Federal Rule of Civil Procedure 12(a)(1)(A)(I).

On November 10, 2011, Plaintiff filed a Motion for Entry of Default (Doc. # 6), which the Clerk entered on November 14, 2011 (Doc. # 7).  On November 15, 2011, Plaintiff filed a Motion for Default Judgment (Doc. # 8).  On November 16, 2011, Senior Judge Henry R.

1

Wilhoit Jr. granted Plaintiff's motion and entered a default judgment in the amount of $51,864.00 against Defendant.  On that same day, Defendant filed a *pro se* Motion for Leave to File a Late Answer and Response to Plaintiff's Motion for Default Judgment (Doc. # 10).  Judge Wilhoit subsequently recused from further service in this matter, and the case was reassigned to the undersigned.

The undersigned referred this matter to Magistrate Judge Edward B. Atkins for all pretrial proceedings and to address Defendant's *pro se* Motion for Leave to File a Late Answer and Response to Plaintiff's Motion for Default Judgment.  (Doc. # 12).  In his December 16, 2011 Report and Recommendation (R&R), Magistrate Judge Atkins indicated that he considered Defendant's motion, and also construed it as a motion to set aside the default judgment.  (Doc. # 13).  Applying Federal Rules of Civil Procedure 55(c) and 60(b)(1),  the Magistrate Judge concluded that Defendant's failure to file an answer was excusable neglect which justifies granting Defendant's motion and setting aside the default and default judgment.  (Doc. # 13, p. 4).  Specifically, the Magistrate Judge noted that Plaintiff did not answer Defendant's motion, Defendant was proceeding *pro se*, and Defendant's delay in filing an answer was approximately two weeks.  (*Id.*).  As a result, the Magistrate Judge concluded that Defendant's delay would not prejudice Plaintiff, nor was it for the purpose of achieving a strategic advantage or motivated by other bad-faith motives.  (*Id.*).

Subsequent to Magistrate Judge Atkins filing his R&R, Defendant filed a *pro se* Motion to Vacate and Set Aside the Default Judgment (Doc. # 14).  Plaintiff has not filed an objection to the R&R or a response to Defend's Motion to Vacate and Set Aside the Default Judgment, and the time to file either has now expired.  Having reviewed both of

Defendant's motions and the Magistrate Judge's R&R, and concluding that the R&R is sound in all respects, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that:

1) The Magistrate Judge's Report and Recommendation (Doc. # 13) is hereby **adopted** as the conclusions of law of this Court;

2) Defendant's Motion for Leave to File a Late Answer is hereby **granted** and the Clerk of Court shall file Defendant's proposed answer;

3) The entry of default (Doc. # 7) and default judgment (Doc. # 9) are hereby **vacated and set aside**; and

4) Defendant's Motion to Vacate and Set Aside Default Judgment (Doc. # 14) is hereby **denied as moot.**

This 12th day of January, 2012.



Signed By:
David L. Bunning
United States District Judge

G:\DATA\ORDERS\Ashland Civil\2011\11-81 Order adopting RR re Defualt Judgment.wpd